**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————————

**No. 02-7670**

————————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MELVIN SANDERS,

Defendant - Appellant.

————————————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-93-281, CA-02-710-1)

————————————————

Submitted:  January 30, 2003          Decided:  February 5, 2003

————————————————

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

————————————————

Dismissed by unpublished per curiam opinion.

————————————————

Melvin Sanders, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

————————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Sanders seeks to appeal the district court's order denying his motion for reconsideration of the denial of his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanders has not made a substantial showing of the denial of a constitutional right. See United States v. Sanders, Nos. CR-93-281; CA-02-710-1 (M.D.N.C. filed Oct. 17, 2002; entered Oct. 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED